**No. 08-9911. Carmen E. Campbell, Petitioner v. Alexander Stein, et al.**

561 U.S. 1049, 131 S. Ct. 45, 177 L. Ed. 2d 1135, 2010 U.S. LEXIS 5675.

August 16, 2010. Petition for rehearing denied.

Former decision, 557 U.S. 924, 129 S. Ct. 2836, 174 L. Ed. 2d 561, 2009 U.S. LEXIS 4609.

**No. 09-1074. John C. Justice and Mike Woodward, Petitioners v. Town of Cicero, Illinois, et al.**

561 U.S. 1049, 131 S. Ct. 46, 177 L. Ed. 2d 1135, 2010 U.S. LEXIS 5659.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 965, 130 S. Ct. 3410, 177 L. Ed. 2d 323, 2010 U.S. LEXIS 4857.

**No. 09-1219. Cecil G. Bailey, Petitioner v. Lorraine Caldwell, as Personal Representative of the Estate of Virgil Bailey.**

561 U.S. 1049, 131 S. Ct. 46, 177 L. Ed. 2d 1135, 2010 U.S. LEXIS 5661.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 965, 130 S. Ct. 3412, 177 L. Ed. 2d 324, 2010 U.S. LEXIS 4816.

**No. 09-1263. Shaheed Taalib'din Madyun, Petitioner v. Kirby Linjer.**

561 U.S. 1049, 131 S. Ct. 46, 177 L. Ed. 2d 1135, 2010 U.S. LEXIS 5631.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 940, 130 S. Ct. 3369, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4391.

**No. 09-1291. Andra Capaci, Petitioner v. Folmar Kenner, LLC.**

561 U.S. 1049, 131 S. Ct. 46, 177 L. Ed. 2d 1135, 2010 U.S. LEXIS 5677.

August 16, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1007, 130 S. Ct. 3474, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 5118.

**No. 09-1350. Crisell Seguin, Petitioner v. Circuit Court of Virginia, Fairfax County, et al.**

561 U.S. 1049, 131 S. Ct. 46, 177 L. Ed. 2d 1135, 2010 U.S. LEXIS 5639.

August 16, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1008, 130 S. Ct. 3480, 177 L. Ed. 2d 1058, 2010 U.S. LEXIS 5003.